CONRAD WICKHILLER, Respondent, *v.* INTERBOROUGH RAPID TRANSIT COMPANY et al., Appellants.

*Wickhiller* v. *Interborough Rapid Transit Co.*, 146 App. Div. 875, affirmed.

(Argued March 5, 1913; decided March 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 26, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action by an abutting owner to enjoin the maintenance and operation of an elevated railroad.

*J. Osgood Nichols* and *James L. Quackenbush* for appellants.

*Banton Moore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, CHASE, COLLIN and HOGAN, JJ.